UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA VICTORIA SOLIS LOPEZ, a.k.a. "ANNA KAPPLER," and "ELIZABETH MAZARIEGOS LOPEZ," <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | No. 3:10-cv-04840-MMC <br><br> [PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

    PURSUANT TO STIPULATION, IT IS SO ORDERED that the above captioned case is hereby dismissed without prejudice.

*[signature]*
United States District Judge

Dated: February 28, 2011